THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 David Allen
 Goins, Appellant.
 
 
 

Appeal From Fairfield County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No.  2012-UP-331 
Submitted May 1, 2012 – Filed May 30, 2012

APPEAL DISMISSED

 
 
 
 Appellate Defender Tristan M. Shaffer, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley
 W. Elliott, and Assistant Deputy Attorney General Donald J. Zelenka, all of
 Columbia; and Solicitor Douglas A. Barfield Jr., of Lancaster, for Respondent.
 
 
 

PER CURIAM:  David
 Allen Goins appeals his convictions of murder and assault and battery with
 intent to kill, arguing the circuit court erred in failing to charge the jury
 on the lesser-included offenses of voluntary and involuntary manslaughter and
 that the State improperly argued in its closing that the law allows a jury to
 find malice from the use of a deadly weapon.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.